# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALEXANDER LOPEZ | : | |
| --- | --- | --- |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 18-1281 |
| | : | |
| TAMMY FERGUSON, et al. | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 29th day of June, 2018, upon careful and independent consideration of Alexander Lopez's Petition for Writ of Habeas Corpus (Doc. No. 1-1), Respondents' Response to Petition (Doc. No. 5), Judge Heffley's Report and Recommendation (Doc. No. 6) to which there are no objections, and available state court records, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 6) is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1-1) is **DISMISSED with prejudice**;

3. A Certificate of Appealability shall **NOT ISSUE**. See 28 U.S.C. § 2253(c)(1)(A); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The CLERK OF COURT shall **CLOSE** this action.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.